

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00072-CV

**ZURICH AMERICA INSURANCE COMPANY**,
Appellant

v.

Fidencio A. **MENDOZA** and Ashley N. Valadez, Individually and as next Friend of A.I.M., a
minor child,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-20242
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order
appellant to pay the costs of this appeal.

SIGNED March 8, 2023.

Beth Watkins, Justice